UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RHONDA TRIMBLE, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-1012-LJM-WTL |
| ) | |
| SECRETARY OF TREASURY, ) | |
| DEPARTMENT OF TREASURY, ) | |
|     Defendant. | |

### ENTRY OF JUDGMENT

Through an order dated June 11, 2007, this Court granted summary judgment in favor of defendant, the Secretary of Treasury, and against plaintiff, Rhonda Trimble, on plaintiff's claim under 42 U.S.C. § 2000. Plaintiff shall take nothing by way of her complaint. Judgment is entered accordingly.

IT IS SO ORDERED this 11th day of June, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Electronically distributed to:

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com